## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **LUKE NUTTALL,** | § | |
| **PLAINTIFF,** | § | |
| | § | |
| **V.** | § | **CASE NO. 3:20-CV-3342-M-BK** |
| | § | |
| **DALLAS INDEPENDENT SCHOOL** | § | |
| **DISTRICT,** | § | |
| **DEFENDANT.** | § | |

## ORDER MODIFYING THE FINDINGS AND CONCLUSIONS
## OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made Findings, Conclusions and a Recommendation on Defendant's *Motion to Dismiss Plaintiff Luke Nuttall's First Amended Complaint with Brief in Support*. Objections were filed by the Plaintiff and the Defendant responded, and the Court has made a de novo review of those portions of the proposed findings, conclusions and recommendation to which objections were made. The objections are sustained, so that Plaintiff may amend one time to attempt to plead claims that will survive a motion to dismiss. Defendant's *Motion to Dismiss Plaintiff Luke Nuttall's First Amended Complaint* is **GRANTED IN PART**. Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing an amended complaint, being mindful of the guidance given in the Findings, Conclusions, and Recommendation. If, within 14 days of this Order, Plaintiff fails to amend his Complaint, his claims will all be **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this 27th day of September, 2021.


BARBARA M. G. LYNN
CHIEF JUDGE