IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LUKE NUTTALL, § | | |
| Plaintiff, § | | |
| § | | |
| v. § | No. 3:20-CV-3342-M-BK | |
| § | | |
| DALLAS INDEPENDENT § | | |
| SCHOOL DISTRICT, § | | |
| Defendant. § | | |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Plaintiff's motion to certify the order denying leave to amend for appeal, Doc. 47, is **DENIED**.

**SO ORDERED** this 6th day of July, 2022.

_____
BARBARA M. G. LYNN
CHIEF JUDGE