IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LUKE NUTTALL, § | |
| PLAINTIFF, § | |
| § | |
| V. § | CASE NO. 3:20-CV-03342-M-BK |
| § | |
| DALLAS INDEPENDENT SCHOOL § | |
| DISTRICT, § | |
| DEFENDANT. § | |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge Renée Harris Toliver made Findings, Conclusions and a Recommendation in this case. No objections were filed. The Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. *Defendant Dallas Independent School District's Motion to Dismiss Plaintiff Luke Nuttall's Second Amended Complaint,* Doc. 55, is **GRANTED IN PART**. Plaintiff's FSLA claim is **DISMISSED WITH PREJUDICE**, and his remaining state claims are **REMANDED** to the 116th Judicial District Court of Dallas County, Texas.

**SO ORDERED** this 9th day of March, 2023.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE